IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Libman, Luanne J | Case Number:  05 B 00038 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  1/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  June 6, 2008
Confirmed:  March 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 28,120.00 | |
| Secured: | | 10,360.94 |
| Unsecured: | | 13,502.55 |
| Priority: | | 0.00 |
| Administrative: | | 2,165.00 |
| Trustee Fee: | | 1,331.51 |
| Other Funds: | | 760.00 |
| Totals: | 28,120.00 | 28,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,165.00 | 2,165.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 10,360.94 | 10,360.94 |
| 4. | Resurgent Capital Services | Unsecured | 1,470.97 | 2,457.25 |
| 5. | ECast Settlement Corp | Unsecured | 574.94 | 960.39 |
| 6. | ECast Settlement Corp | Unsecured | 482.95 | 806.78 |
| 7. | Resurgent Capital Services | Unsecured | 1,443.97 | 2,412.10 |
| 8. | ECast Settlement Corp | Unsecured | 2,624.09 | 4,383.38 |
| 9. | ECast Settlement Corp | Unsecured | 149.03 | 248.91 |
| 10. | Resurgent Capital Services | Unsecured | 1,337.20 | 2,233.74 |
| 11. | Schottler & Zukosky | Priority | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 14. | Berwyn Fire Department | Unsecured | | No Claim Filed |
| 15. | Household Bank FSB | Unsecured | | No Claim Filed |
| 16. | Gap | Unsecured | | No Claim Filed |
| 17. | MCI Worldcom | Unsecured | | No Claim Filed |
| 18. | Shell Credit Card | Unsecured | | No Claim Filed |
| 19. | Santana Energy | Unsecured | | No Claim Filed |
| 20. | Home Depot | Unsecured | | No Claim Filed |
| 21. | Select Edition | Unsecured | | No Claim Filed |
| 22. | Tri County Accounts Bureau In | Unsecured | | No Claim Filed |
| 23. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,609.09 | $ 26,028.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Libman, Luanne J | Case Number: 05 B 00038 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 1/3/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 121.60 |
| 3% | 91.20 |
| 5.5% | 334.40 |
| 5% | 114.02 |
| 4.8% | 218.86 |
| 5.4% | 451.43 |
|  | _____ |
|  | $ 1,331.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

